In the Matter of the Application of the STATUTORY UNDERWRITERS BUREAU, INC., Petitioner, for a Certiorari Order to CHARLES A. HARNETT, as Commissioner of Motor Vehicles of the State of New York, Respondent, and YELLOW TAXI CORPORATION OF NEW YORK, and Others, Intervenors.— Motion to vacate order of certiorari granted, with fifty dollars costs and disbursements. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Applications of ISIDORE WITTNER and A & L TRANSPORTATION CORPORATION, INC., for Peremptory Mandamus Orders against CHARLES A. HARNETT, as Commissioner of Motor Vehicles of the State of New York, and YELLOW TAXI CORPORATION OF NEW YORK, and Others.*— Application for peremptory mandamus orders denied, with fifty dollars costs and disbursements, as matter of law and not in the exercise of discretion. The court certifies that in its opinion a question of law is involved which ought to be reviewed by the Court of Appeals. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HAROLD FERRIS, Respondent, v. FRANK N. HORTON, Chief of Police of the City of Oneonta, New York, Appellant.— Application by the Attorney-General for leave to intervene and file brief, and be heard on oral argument, granted. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

ADAH M. LAVENTALL and FIRST TRUST COMPANY OF ALBANY, Respondents, v. LOUIS DANZIG and CHARLOTTE SATTLER, Appellants, and Others.— Motion to allow appeal to the Court of Appeals granted. The court certifies that a question of law has arisen which in its opinion ought to be reviewed by the Court of Appeals, and hereby certifies the following question: Do the separate defense and counterclaim set forth in the answer of the defendants, Louis Danzig and Charlotte Sattler, state facts sufficient to constitute a separate defense and counterclaim? Motion for stay pending the hearing and determination of the appeal granted. Present — Hill, P. J., Rhodes, Crapser and Heffernan, JJ. [See, ante, p. 864.]

HORACE PRATT, Respondent, v. METROPOLITAN COMMERCIAL CORPORATION, Appellant.— Motion to dismiss appeal granted. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

GORDON TALBOT, Respondent, v. THOMAS C. BROWN COMPANY, INC., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

LUCIA R. BRISTOL, Individually and as Executrix, etc., of GEORGE P. BRISTOL, Deceased, Appellant, v. CORNELL UNIVERSITY, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

CHEMUNG CANAL TRUST COMPANY, Respondent, v. MORTIMER L. SULLIVAN, Appellant, and LEVI GINSBURG, Defendant.— Motion for reargument denied, with ten dollars costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.